UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN EMILIO PERDOMO-GOMEZ,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03907-JNW<br><br>ORDER |

On October 20, 2026, the Government notified the Court that it intends to remove Petitioner to El Salvador in seven days before its response to Petitioner's habeas petition is due. Dkt. Nos. 4, 6. Accordingly, the Court ORDERS the Government to respond to Perdomo-Gomez's habeas petition by October 23, 2026, at 12:00 p.m. Any traverse must be filed no later than October 26, 2026.

Dated this 21st day of October, 2026.

Jamal N. Whitehead
United States District Judge